# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY LEE TURNER

NO. 2022 KW 0058

MARCH 28, 2022

In Re:   Randy Lee Turner, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 717,086.

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot adequately review the district court's ruling at issue herein as relator failed to include a copy of the memorandum in support of the application for postconviction relief, the habitual offender bill of information, the pertinent court minutes, the habitual offender proceeding transcript, and any other pertinent transcripts or documents from the district court record that might support the claims presented for review. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before May 3, 2022, and should include the missing items noted above and a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT